JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI FLORES, individually and as successor in interest to Juan Barillas,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; MICHAEL MONTOYA, an individual; CORBIN RHEAULT, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-09936-CJC [ASx]**<br><br>Related Case: 2:18-cv-08740-CJC [ASx]<br><br>[*Honorable Cormac J. Carney*]<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES**<br><br>**[**Stipulation *filed concurrently herewith*] |

# ORDER

Having reviewed the parties' Stipulation to Consolidate Related Cases, and GOOD CAUSE appearing therefore, the Stipulation is hereby GRANTED.

The two related cases, *Clara L. Barillas., et al. v. City of Los Angeles, et al.*, Case number 2:18-cv-08740-CJC-AS, and *Araceli Flores v. City of Los Angeles, et al.*, Case number 2:18-cv-09936-CJC-AS, are here by consolidated. All future documents shall be filed under the lead case no. 2:18-cv-08740-CJC-AS.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_____
Honorable Cormac J. Carney
United States District Court
Central District of California